UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

EDWARD EARL THOMAS           Case No. 10-mc-51349
                                              Hon. Victoria A. Roberts

_____/

## ORDER DENYING APPROVAL TO FILE COMPLAINT

Before the Court is Plaintiff's request for leave to file a complaint and for *in forma pauperis* status, received on 12/6/2010. On 5/18/2004, in *Thomas v State Courthouse*, Case No. 04-10087, U.S. District David M. Lawson enjoined Plaintiff Edward Earl Thomas from filing any new complaints in this District without first obtaining the Court's approval. On 5/29/08, in *Thomas v Kaczmarek et al*, Case No. 08-11543, this Court entered a similar order enjoining plaintiff from future filings without prior approval. Several judges in this district have entered similar orders.

The Court reviewed the proposed Complaint and finds that it is the same type of frivolous filing that led to the imposition of the previously mentioned injunctive orders. The Court finds no basis for granting leave to file the present complaint and Plaintiff's request for leave to proceed *in forma pauperis*. The request is DENIED.

ORDERED.

                                                       s/Victoria A. Roberts
                                                       Victoria A. Roberts
                                                       United States District Judge

Dated: December 23, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Edward Earl Thomas by electronic means or U.S. Mail on December 23, 2010.

s/Carol A. Pinegar
Deputy Clerk